# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARVIN DOMINGUEZ,                              1:18-cv-001731-NONE-GSA-PC

        Plaintiff,

   v.

F. PADILLA, et al.,

        Defendants.                     **ORDER & WRIT OF HABEAS CORPUS**
                                         **AD TESTIFICANDUM**
_____/

Marvin Dominguez, CDCR # J-02314, a necessary and material party in a settlement conference in this case on December 15, 2020, is confined in California Substance Abuse Treatment Facility (CSATF), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Sheila K. Oberto, by Zoom video conference from his place of confinement, on Tuesday, December 15, 2020 at 10:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at California Substance Abuse Treatment Facility at (559) 992-7191 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Wendy Kusamura, Courtroom Deputy, at wkusamura@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CSATF, P. O. Box 7100, Corcoran, California  93212:**

**WE COMMAND** you to produce the inmate  named above to appear before
Judge Oberto at the time and place above, by Zoom video conference,  until
completion  of the settlement  conference  or as ordered by the court.



**FURTHER**, you have been ordered to notify the court of any change  in
custody of the inmate  and have been ordered to provide the new custodian  with
a copy of this  writ.

IT IS SO ORDERED.

Dated:   __**November 13, 2020**__            _____/s/ **Gary S. Austin**
                                                                           UNITED  STATES  MAGISTRATE  JUDGE

2