UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN DOMINGUEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>F. PADILLA, et al.,<br><br>　　　　　Defendants. | 1:18-cv-001731-NONE-GSA-PC<br><br>**ORDER RE STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE UNDER RULE 41 (ECF No. 34.)**<br><br>**ORDER DIRECTING CLERK TO CLOSE FILE** |

　　　　Marvin Dominguez ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's First Amended Complaint filed on December 18, 2019, against defendant C/O F. Padilla ("Defendant") for retaliation in violation of the First Amendment. On January 6, 2021, the parties filed a stipulation for voluntary dismissal with prejudice under Rule 41 of the Federal Rules of Civil Procedure. (ECF No. 20.)

　　　　Rule 41 provides, in part: "Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). Here, the parties have filed a stipulation of dismissal, with prejudice, signed by all parties who have appeared in this case, stipulating to the dismissal of this action with prejudice. (ECF No. 20.) Therefore, the stipulation is effective and this case is dismissed with prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulation for voluntary dismissal of this case, signed by both Plaintiff and counsel for defendant F. Padilla, and filed on January 6, 2021, is effective as of the date it was filed;

2. This case is DISMISSED in its entirety with prejudice; and

3. The Clerk of the Court is DIRECTED to close the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **January 8, 2021**                    /s/ Gary S. Austin
                                                    UNITED STATES MAGISTRATE JUDGE